DJW/mat

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

WYANDOTTE NATION,

      Plaintiff,

v.                                                No.  01-2303-CM

CITY OF KANSAS CITY, KANSAS et al.,

      Defendants.

## O R D E R

      Pursuant to an Order dated July 30, 2003, this Court deferred ruling on the pending Motion to Intervene (doc. 142) filed by the State of Kansas in order to give the parties an opportunity to respond to the Motion. More specifically, any party desiring to file a pleading in response to the Motion to Intervene was ordered to file such pleading on or before August 12, 2003. As of the date of this Order, no party has filed an objection – or any other pleading – in response to the pending Motion to Intervene. Accordingly, the Court summarily grants the Motion to Intervene as unopposed pursuant to D.Kan. Rule 7.4.

      IT IS SO ORDERED.

      Dated in Kansas City, Kansas on this 20th day of August, 2003.

                                                        s/ David J. Waxse
                                                        David J. Waxse
                                                       United States Magistrate Judge