# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

WYANDOTTE NATION,

      Plaintiff,

v.                                                                    No.   01-2303-CM

CITY OF KANSAS CITY, KANSAS et al.,

      Defendants.

## O R D E R

This matter comes before the Court upon the State of Kansas' Motion for Intervention (doc. 142). Based on the parties' agreement, the Motion will be granted as set forth below:

**I.  Relevant Procedural Background**

In its Motion, and also in its Answer and Counterclaim (docs. 387 and 391), the State of Kansas asserts it has sovereign immunity against all of Plaintiff's claims herein. Notwithstanding the assertion of sovereign immunity, the State asserts a counterclaim against Plaintiff for quiet title with respect to its alleged ownership interest in the Missouri Riverbed to the middle of the channel, the riparian interests and accretion interests created from said riverbed ownership and all of its interests in the Claimed Lands which are the subject of this class action. Given these circumstances, Plaintiff objects to the State of Kansas' Motion for Intervention.

**II.  The Parties' Agreement Regarding Intervention**

Plaintiff, however, has advised the Court that it would have no objection to intervention if the State expressly waives its sovereign immunity with respect to its equitable and declaratory claims to said Claimed Lands in which the State purports to have any interest, including interests arising out of or otherwise related

to its rights and interests in the Missouri Riverbed contiguous to the Claimed Lands. To that end, the Court has been advised by counsel for the State of Kansas that the State is prepared to expressly waive its sovereign immunity in this respect.

Given this Court's Memorandum and Order granting the State of Kansas' previous Motion to Intervene (doc. 50), and based on the statements made by the State of Kansas' regarding its intent to expressly waive its sovereign immunity with respect to the equitable and declaratory claims to the Claimed Lands as set forth above, Plaintiff agrees to waive its sovereign immunity with respect to any counterclaim by the State of Kansas for quiet title of its interest in said Lands. Both Plaintiff and the State of Kansas preserve their respective rights of sovereign immunity with respect to claims for reimbursement for improvements to land and all other claims for damages.

Accordingly, and pursuant to the parties' stipulation and agreement, it is ORDERED that

- The State of Kansas' Motion for Intervention (doc. 142) is **granted**;

- The Clerk shall **strike** the Answer and Counterclaim (docs. 387 and 391) previously filed by the State of Kansas; and

- The State shall file by **October 24, 2003** an Answer to Plaintiff's Fourth Amended Complaint (Corrected) (doc. 381), including a counterclaim for quiet title, in which it expressly waives its sovereign immunity with respect to its equitable and declaratory claims to said Claimed Lands in which the State purports to have any interest and which is otherwise consistent with the terms of this Order.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 17th day of October, 2003.

s/ David J. Waxse
David J. Waxse
United States Magistrate Judge